UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASTRONICS ELECTRONIC SYSTEMS CORP., <br><br> Petitioner, <br><br> v. <br><br> MAGICALL, INC., <br><br> Respondent. | C22-729 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Petitioner's motion to confirm arbitration award, docket no. 1, is RENOTED to June 24, 2022, and will be considered in conjunction with Respondent's cross-motion to vacate the arbitration award, docket no. 5.

(2) The Court hereby STRIKES the Rule 26(f) conference, initial disclosure, and combined joint status report and discovery plan deadlines.  *See* Order (docket no. 4).

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of June, 2022.

                                             Ravi Subramanian
                                             Clerk

                                             s/Gail Glass
                                             Deputy Clerk

MINUTE ORDER - 1